UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

LESTER LANDO WATKINS

                               Defendant(s).

-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 Mag. (UA )

Defendant   LESTER LANDO WATKINS   hereby voluntarily consents to participate in the following proceeding via __X_ videoconferencing or _X__ teleconferencing:

_X__   Initial Appearance Before a Judicial Officer

___   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer


Lester Lando Watkins by *Susanne Brody*
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

*Susanne Brody*
Defendant's Counsel's Signature

Lester Lando Watkins
Print Defendant's Name

Susanne Brody
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

Feb 17, 2021
Date

*Judith C. McCarthy*
U.S. District Judge/U.S. Magistrate Judge